|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | United States Courts<br>Southern District of Texas<br>FILED<br>*August 16, 2023*<br>Nathan Ochsner, Clerk of Court |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | CASE NO.   **4:23-cr-354** |
| **CECILIO REYNOSO** | § § | |

## NOTICE OF RELATED CASES

**TO THE HONORABLE JUDGE OF SAID COURT**:

The United States of America hereby provides this written notice, pursuant to Local Rule LR5.3, Related Litigation Policy, of related cases. Specifically, this cause is related to United States v. Cristian Alvear et al, 4:21-CR-442 which charges seventeen defendants in thirty-three counts of numerous violations of Federal law, assigned to United States District Judge Andrew S. Hanen.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By:   */s Jennifer Stabe*
Jennifer Stabe
Assistant United States Attorney
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000